# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD HETRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2313-KHV |
| ) | |
| THE UNIVERSITY OF KANSAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On October 23, 2007, the parties filed a Stipulation for Dismissal with Prejudice (Doc. #5). The Court has reviewed the stipulation, and pursuant to Fed.R.Civ.P. 41(a)(2), the Court orders dismissal of the case with prejudice. The parties are responsible for their own costs.

It is so ordered this 16th day of November, 2007.


s/ Kathryn H. Vratil
Kathryn H. Vratil
U.S. District Judge